IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SCOTT EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv142-MHT |
| | ) | (WO) |
| NAVIENT, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (doc. no. 27), it is ORDERED that this case is dismissed without prejudice, with no costs taxed.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 26th day of January, 2017.**

                                                       /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**